## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Carlos Luis  Torres                                      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 26-11090 DJB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

                                        Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
20 Mar 2026, 15:14:42, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 24ba9d770b0702bec65074c80356f13085e0a9d66a11b9b011d018bd59573f8e