**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Chapter 13 |
| | : |
| Carlos Luis Torres | : Bankruptcy Number:  26-11090-djb |
| | : |
| Debtor | : |

**NOTICE OF ENTRY OF APPEARANCE
AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that Univest Bank and Trust Co., a creditor in interest in the above case, by and through its undersigned counsel, hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address/telephone number/ facsimile number/email address:

> Kristen Wetzel Ladd, Esquire
> Unruh, Turner, Burke & Frees
> P.O. Box 515
> West Chester, PA 19381-0515
> (610) 692-1371
> kladd@utbf.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

#2384391v1

PLEASE TAKE FURTHER NOTICE THAT neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Univest Bank and Trust Co. (i) right to have final orders in non-core matters entered only after a de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Univest Bank and Trust Co. is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted,

UNRUH, TURNER, BURKE & FREES, P.C.

Date: <u>April 2, 2026</u>          By:   _____

Kristen Wetzel Ladd, Esquire
Attorney for
Univest Bank and Trust Co.
P.O. Box 515
West Chester, PA 19381-0515
Attorney I.D. No. 208755
(610) 692-1371

#2384391v1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In Re: | : Chapter 13 |
| Carlos Luis Torres | : Bankruptcy Number:  26-11090-djb |
| Debtor | : |

**CERTIFICATE OF SERVICE**

I, Kristen Wetzel Ladd, hereby certify that on this 2nd day of April, 2026, a true and correct copy of the within Entry of Appearance and Demand for Service of Papers was served via CM/ECF to the following:

Carlos Luis Torres
131 Ridge Rd
Telford, PA 18969

*(Debtor)*

CHARLES LAPUTKA
Laputka Law Office
1344 W. Hamilton St.
Allentown, PA 18102
Email: ecfnotices@laputkalaw.com

*(Counsel for Debtor)*

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

*(Trustee)*

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

UNRUH, TURNER, BURKE & FREES, P.C.

Date: April 2, 2026          By: _Kristen Wetzel Ladd_____

Kristen Wetzel Ladd, Esquire
Attorney for
Univest Bank and Trust Co.

#2384391v1