Certificate Number: 17082-PAE-DE-041004689

Bankruptcy Case Number: 26-11090



17082-PAE-DE-041004689

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 21, 2026, at 2:14 o'clock PM MST, CARLOS  L TORRES completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 21, 2026

By:   /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director