L.B.F.  3015-6A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** Carlos Torres | **:** | **Chapter** 13 |
| | **:** | |
| **Debtor(s)** | **:** | **Bky. No.** 26-11090 |

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

*[to be executed by counsel for the Debtor(s) or the Debtor(s)]*

**Date:** 5/28/2026        *Charles Laputka*
_____
[name]
Attorney for Debtor(s)

**Date:** 5/28/2026        Carlos Torres
_____
[name]
Debtor

**Date:** 05/27/2026        *Carl Torres*
_____
[name]
Debtor

-19-

 | RightSignature

## SIGNATURE CERTIFICATE

**REFERENCE NUMBER**
DDB8643A-8948-4345-BAF8-8686E502F63D

### TRANSACTION DETAILS

**Reference Number**
DDB8643A-8948-4345-BAF8-8686E502F63D

**Transaction Type**
Signature Request

**Sent At**
05/27/2026 10:32:25 AM EDT

**Executed At**
05/27/2026 01:15:50 PM EDT

**Identity Method**
email

**Distribution Method**
email

**Signed Checksum**
9c5e248fcb0e2bbb311be2a5636a75bdefdb75a83b53345dd3e49ee40db8f3e5

**Signer Sequencing**
Disabled

**Document Passcode**
Disabled

**eIDAS Authentication**
Disabled

### DOCUMENT DETAILS

**Document Name**
Local Bankruptcy Forms -L B F 3015-6A - Pre-Con Cert

**Filename**
Local_Bankruptcy_Forms_-L_B_F_3015-6A_-_Pre-Con_Cert.pdf

**Pages**
1 page

**Content Type**
application/pdf

**File Size**
60.8 KB

**Original Checksum**
53f58d67f156f3b7b35ab8b5381a5e546445012f6525ab7dfe28e609c644c1fb

## SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name**<br>Carlos Torres | **Status**<br>signed | **Viewed At**<br>05/27/2026 01:10:38 PM EDT |
| **Email**<br>carloslt79@yahoo.com | **Multi-factor Digital Fingerprint Checksum**<br>4f53cda18c2baa0c0354bb5f9a3ecbe5ed12ab4d8e11ba873c2f11161202b945 | **Identity Authenticated At**<br>05/27/2026 01:15:50 PM EDT |
| **Components**<br>2 | **IP Address**<br>108.36.100.167 | **Signed At**<br>05/27/2026 01:15:50 PM EDT |
| | **Device**<br>Chrome via Windows | |
| | **Drawn Signature** | |
| | **Signature Reference ID**<br>D01EAC6F | |
| | **Signature Biometric Count**<br>5 | |

## AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 05/27/2026 10:32:26 AM EDT | Sarah Phelps (sarah@laputkalaw.com) created document 'Local_Bankruptcy_Forms_-L_B_F_3015-6A_-_Pre-Con_Cert.pdf' on Chrome via Windows from 108.52.232.117. |
| 05/27/2026 10:32:26 AM EDT | Carlos Torres (carloslt79@yahoo.com) was emailed a link to sign. |
| 05/27/2026 01:10:38 PM EDT | Carlos Torres (carloslt79@yahoo.com) viewed the document on Chrome via Windows from 108.36.100.167. |
| 05/27/2026 01:15:50 PM EDT | Carlos Torres (carloslt79@yahoo.com) authenticated via email on Chrome via Windows from 108.36.100.167. |
| 05/27/2026 01:15:50 PM EDT | Carlos Torres (carloslt79@yahoo.com) signed the document on Chrome via Windows from 108.36.100.167. |