**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Carlos Luis Torres<br><br>                          Debtor(s)<br><br>LAKEVIEW LOAN SERVICING, LLC, its successors and/or assigns<br><br>                          Movant<br><br>          vs.<br><br>Carlos Luis Torres<br><br>                          Debtor(s)<br><br>Kenneth E. West<br><br>                          Trustee | CHAPTER 13<br><br><br><br>NO. 26-11090 DJB |

**PRAECIPE TO WITHDRAW**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of LAKEVIEW LOAN SERVICING, LLC, which was filed with the Court on or about 04/02/2026.


Dated: June 15, 2026

                              Respectfully submitted,



                              /s/Maggie Soboleski
                              Maggie Soboleski, Esq.
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              Phone: (215)-627-1322
                              MSoboleski@kmllawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:Carlos Luis Torres** | **BK NO. 26-11090 DJB** |
| **Debtor(s)** | **Chapter 13** |
| **LAKEVIEW LOAN SERVICING, LLC** **Movant** | **Related to Claim No. 7** |
| **vs.** | |
| **Carlos Luis Torres** | |
| **Debtor(s)** | |
| **Kenneth E. West** | |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I, Maggie Soboleski, certify that on 6/16/2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit , a copy of which is attached and incorporated as if fully set forth herein , by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 6/16/2026

/s/ **Maggie Soboleski**
Maggie Soboleski, Esquire
Attorney I.D. 88268
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Carlos Luis Torres<br>131 Ridge Road<br>Telford, PA 18102 | Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Charles Laputka Esq.<br>1344 W. Hamilton St.<br>Allentown, PA 18102 | Attorney for Debtor | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kenneth E. West<br>Office of the Chapter 13<br>Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |