United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Carlos Luis Torres

    Debtor

Case No. 26-11090-djb

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 30, 2026 | Form ID: 155 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carlos Luis Torres, 131 Ridge Rd, Telford, PA 18969-1329 |
| 15126758 | + | Pawnee Leasing Corporation, Keifer Law Firm, LLC, P.O. Box 128, Falls, PA 18615-0128 |
| 15126757 | + | Richard W. Keifer III, P.O. Box 128, Falls, PA 18615-0128 |
| 15116492 | + | SetUp Transportation Solutions LLC, 131 Ridge Rd, Telford, PA 18969-1329 |
| 15116493 | + | Solsiret Torres, 131 Ridge Rd, Telford, PA 18969-1329 |
| 15116494 | + | Univest Bank and Trust CO, 14 N Main St, PO Box 64197, Souderton, PA 18964-0197 |
| 15124199 | | Univest Bank and Trust Co., c/o Kristen Wetzel Ladd, Esquire, Unruh, Turner, Burke & Frees, P.O. Box 515, West Chester, PA 19381-0515 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15116483 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 31 2026 02:14:24 | Affirm Inc, 650 California St - FL 12, San Francisco, CA 94108-2716 |
| 15116484 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 31 2026 02:02:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15116485 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 31 2026 02:14:24 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15116486 | ^ | MEBN | Jul 31 2026 01:58:11 | Greenberg Grant & Richards, 5858 Westheimer Road, Suite 500, Houston, TX 77057-5645 |
| 15116487 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 31 2026 02:02:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15118418 | ^ | MEBN | Jul 31 2026 01:58:19 | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15144997 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2026 02:14:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15116488 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 31 2026 02:02:00 | Loan Care Servicing Center, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15143714 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 31 2026 02:02:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15116489 | + | Email/PDF: cbp@omf.com | Jul 31 2026 02:03:53 | OneMain, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 15142469 | | Email/PDF: cbp@omf.com | Jul 31 2026 02:03:58 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 15116490 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 31 2026 02:02:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15116491 | | Email/Text: bankruptcy@pawneeleasing.com | Jul 31 2026 02:02:00 | Pawnee Leasing Corp, 3801 Automation Way - |

| | | | Ste 201, Fort Collins, CO 80525 |
| 15135358 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | Jul 31 2026 02:02:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15116495 | + Email/Text: legalSOP@WEXInc.com | | |
| | | Jul 31 2026 02:02:00 | Wex Inc, 1 Hancock St, Portland, ME 04101-4217 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CHARLES LAPUTKA | on behalf of Debtor Carlos Luis Torres ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KRISTEN WETZEL LADD | on behalf of Creditor Univest Bank and Trust Co. kladd@utbf.com  ddays@utbf.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Carlos Luis Torres | ) | Case No. 26–11090–djb |
| | ) | |
| | ) | |
|   Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: July 30, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court